UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTOPHER THOMAS,

    Plaintiff,

v.                                                                    Case No: 5:25-cv-359-JSM-PRL

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
SYNCHRONY BANK, CITIGROUP,
INC., and SUNCOAST CREDIT UNION,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.   Defendants Experian Information Solutions, Inc., Synchrony Bank, and Citigroup, Inc. were dismissed with prejudice on March 3, 2026.   Plaintiff's claims against Defendants Equifax Information Services, LLC and Suncoast Credit Union are pending.   An Order was entered on May 11, 2026, directing the parties to file a status report on or before May 18, 2026, regarding the disposition of the mediation conference scheduled on April 9, 2026, before Terry White. A review of the file reflects that the parties failed to timely file the mediation status report. As Plaintiff has failed to diligently prosecute the above-styled action as to Defendants Equifax Information Services, LLC and Suncoast Credit Union, it is

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiff's Complaint against Defendants Equifax Information Services, LLC and Suncoast Credit Union is dismissed without prejudice for lack of prosecution.

2.    All pending motions, if any, are denied.

3.    The Clerk is directed to close the case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of May, 2026.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record